IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RONALD W. WALDEN JR.,      )
             )
   Plaintiff,        )    Civil Action No:  2:16-cv-606-MSD-DEM
             )
   v.          )
             )
BNE RESTAURANT GROUP II, LLC,   )
a Delaware Limited Liability Company,   )
and            )
BODDIE-NOEL ENTERPRISES, INC.,   )
a North Carolina Corporation,     )
             )
   Defendants.      )
             )

## AGREED DISMISSAL ORDER

Plaintiff Ronald W. Walden, Jr. and Defendants BNE Restaurant Group II, LLC and Boddie-Noel Enterprises, Inc., (together, "Parties") represented to the Court the Parties entered into a settlement agreement and thereby resolved all claims in this matter, including attorneys' fees and costs.

It appearing to the Court that the Parties resolved their differences in full, it is hereby ORDERED that this matter be and is DISMISSED WITH PREJUDICE and removed from the docket of this Court.

           /s/ MSD

           Mark S. Davis
           United States District Judge

           Judge United States District Court

ENTERED:   3 / 1 / 17

1

**SO STIPULATED:**


**/s/ Deborah C. Waters**
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438

*Counsel for Plaintiff*



**/s/ Lawrence A. Dunn**
Lawrence A. Dunn, Esquire
Virginia State Bar # 30324
ldunn@lawmh.com
Allison F. Rienecker, Esquire
Virginia State Bar #87951
ARienecker@lawmh.com
McCandlish Holton Morris
1111 East Main Street, Suite 2100
Richmond, VA 23219
P.O. Box 796
Richmond, VA 23218-0796
Telephone: (703) 790-1911
Facsimile: (703) 848-2530

*Counsel for Defendants*